## 22151.   NEVIL v. KRAMER.

Grice, Justice.   In this habeas corpus proceeding by the father to recover his children from their maternal grandfather, the trial court did not err in awarding their custody to the father. The evidence showed that either party was able and qualified to support and care for them.

*Judgment affirmed.   All the Justices concur.*

Argued September 10, 1963—Decided October 11, 1963— Rehearing denied November 7, 1963.

*Neville & Neville, Wm. J. Neville, W. G. Neville,* for plaintiff in error.

*Arthur A. Morrison, Wm. A. Searcy,* contra.